UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LUKAS SCHOCH,

    Plaintiff,

    v.      CAUSE NO. 3:22-CV-474-DRL-MGG

I.D.O.C., ROBERT CARTER, JR., JAMES BASINGER, JOHN GALIPEAU, KENNETH GANN, KENNETH WATTS, CORNETT, JOSEPH FARLEY, PHIL SONNENBERG, and JON ADAM FERGUSON,

    Defendants.

## OPINION AND ORDER

Lukas Schoch, a prisoner without a lawyer, filed a three count complaint with unrelated claims. ECF 1. In counts one and two, he alleges the Indiana Department of Correction violated the Americans with Disabilities Act and the Rehabilitation Act. *Id*. at 12. In count three he alleges Robert Carter, Jr., James Basinger, John Galipeau, Kenneth Gann, Kenneth Watts, Cornett, Joseph Farley, Phil Sonnenberg, and Jon Adam Ferguson subjected him to a "pervasive risk in GSC" in violation of the Eighth Amendment. *Id*. at 13. "[U]nrelated claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

When a plaintiff files a complaint with unrelated or misjoined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in the current case and when (or if) to bring the other claims in separate suits. *See Wheeler v.*

*Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012) (district courts may direct a plaintiff "to file separate complaints, each confined to one group of injuries and defendants"). Mr. Schoch needs to decide which related claims to bring in this case. To do so, he must put this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. If he wants to pursue any other claims, he must file a separate complaint with a new case number for each unrelated group of claims.

For these reasons, the court:

(1) GRANTS Lukas Schoch until **January 24, 2023**, to file an amended complaint in this case; and

(2) CAUTIONS Lukas Schoch if he does not respond by the deadline, the court will select a claim and dismiss any other unrelated claims.

SO ORDERED.

January 3, 2023  *s/ Damon R. Leichty*
Judge, United States District Court

2