

**OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

FOR OFFICIAL USE ONLY
Grievance number

| To: **Facility Grievance Specialist** | Facility: WCC | Date (month, day, year): MAY/07/22 |
|---|---|---|
| From (name of offender): Lukas Schoch | DOC number: 286237 | Signature of offender: Lukas Schoch |
| Housing assignment: 8-center | | Date of incident: 04/29/2022 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance. (NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)

I Lukas Schoch was attacked while I was sleeping on my bunk in WCC the level(2) facility on 3 dorm. when this crime occured I was a level (1-0) inmate. I was Jumped and robbed by 6 level-2 inmates, they stomped, hit, and beat me until my ribs broke. I was stripped of all my food and belongings. They even intended and tried to stab me with makeshift knives. I have nightmares, its extremely very painful when I breath or move my upper body period, and it has negatively impacted my lower back where I had a Spinal fusion. They broke the second and third rib on the right hand side of my upper chest.

GSC is chronically understaffed and undermonitored. Inmates and staff are regularly assaulted and/or robbed

unfortunately IDOC staff continue to allow this to happen

Inmates don't even sleep in their own beds. I had a bottom bunk pass was assigned to a bottom bunk but was forced to sleep on top bunk b/c IDOC staff have no control on 3 dorm

I am a Level 1-0 but I was housed with much higher security level inmates

State the relief that you are seeking.

investigate this situation

Signature of Facility Grievance Specialist

Date (month, day, year)

EXHIBIT "A"

## INDIANA DEPARTMENT OF CORRECTION
## REQUEST FOR INTERVIEW

TO: _Grievance Specialist_ OFFICE: _Grievance_ DATE: _5/14/2022_

NAME: _Lukas Schoch_ DOC#: _286237_ DORM: _8 8-C_ ASSIGNMENT: _IDLE_

Reason for request (be as definite as possible) _I'm requesting a copy of the confirmation receipt for the grievance I submitted._

*** DO NOT WRITE BELOW THIS LINE ***

Action: _____

State Form 36935 (R/4-91)    By: _____

Exhibit "B"

# INDIANA DEPARTMENT OF CORRECTION
## REQUEST FOR INTERVIEW

TO: Grievance Specialist   OFFICE: Grievance   DATE: 5/22/2022

NAME: Lukas Schoch   DOC#: 286237   DORM: 8-C   ASSIGNMENT: IDLE

Reason for request (be as definite as possible):
I'm requesting a grievance appeal form due to the fact that I have yet to receive a response to the grievance I submitted. Nor have I recieved a response to the request I submitted asking for a copy of the confirmation reciept for the grievance I submitted.

*** DO NOT WRITE BELOW THIS LINE ***

Action: _____

State Form 36935 (R/4-91)    By: _____

Exhibit "C"