United States District Court
Northern District of Indiana
South Bend division

Lukas Schoch

   Plantiff

Cause No. 3:22-CV-474-DRL-JE

v.

I.D.O.C

   Defendant

-FILED-

JUN 07 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## Motion

I Lukas Schoch am fileing a appeal to re-open my case, I never received notice of my Secondary deadline of April 6, 2023. I'm asking the court to please allow me to continue my claim and re-open my cause No.

May 17, 2023

Lukas Schoch
Plantiff