UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LUKAS SCHOCH,

    Plaintiff,

    v.        CAUSE NO. 3:22-CV-474-DRL-JEM

I.D.O.C.,

    Defendant.

OPINION AND ORDER

Lukas Schoch, a prisoner without a lawyer, filed three motions asking to reopen this case. ECF 13, 14, and 15. He knows he should have only sent one because he declared under penalty of perjury that he would "NOT send more than one copy of any filing to the court." ECF 8 at 4.

This case was dismissed because the first amended complaint did not state a claim and Mr. Schoch did not file a second amended complaint by the deadline of April 6, 2023. ECF 10. The motions say he did not receive the order setting that deadline.

For these reasons, the court:

(1) DIRECTS the clerk to send Lukas Schoch another copy of ECF 10;

(2) GRANTS Lukas Schoch until **July 10, 2023**, to file a second amended complaint on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form against the Indiana Department of Correction for a violation of the Americans with Disabilities Act or the Rehabilitation Act if he can do so based on (and consistent with) the events described in the first amended complaint; and

(3) **CAUTIONS** Lukas Schoch if he does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because the first amended complaint does not state a claim for which relief can be granted.

SO ORDERED.

June 12, 2023                                     *s/ Damon R. Leichty*
                                                   Judge, United States District Court