UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LUKAS SCHOCH,

    Plaintiff,

    v.                                       CAUSE NO. 3:22-CV-474-DRL-JEM

I.D.O.C.,

    Defendant.

## OPINION AND ORDER

The first amended complaint filed by Lukas Schoch, a prisoner without a lawyer, did not state a claim, and he was granted leave to file a second amended complaint. ECF 10. When he did not, this case was dismissed. ECF 11. Mr. Schoch moved to reconsider, and the case was reopened so he could file one. ECF 16. He was granted until July 10, 2023 to do so. ECF 16. He was cautioned if he did not respond by the deadline, this case would be dismissed without further notice. The deadline has passed, and he did not respond.

For these reasons, this case is dismissed under 28 U.S.C. § 1915A because the first amended complaint (ECF 8) does not state a claim for which relief can be granted.

SO ORDERED.

July 31, 2023                                             *s/ Damon R. Leichty*
                                                         Judge, United States District Court